**ROYAL PALM ICE COMPANY and HARTFORD ACCIDENT AND INDEMNITY COMPANY v. BILLY C. McCOY and FLORIDA INDUSTRIAL COMMISSION.**

24 So. (2nd) 4                                          June Term, 1945
December 7, 1945                                        En Banc

*A. Lee Bradford* and *McKay, Dixon & DeJarnette,* for appellants.

*Louis Heiman* and *Raymond E. Barnes,* for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, ADAMS and SEBRING, JJ., concur.

BROWN and THOMAS, JJ., dissent.